**FILED**

08/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0353



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0353

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ROBERT EARL STAUDENMAYER,

Defendant and Appellant.

FILED

AUG 0 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Robert Earl Staudenmayer has filed a Motion for Appointment of Counsel with this Court. As grounds, he provides that he was convicted of a crime for which incarceration was a possibility. Staudenmayer states that he is financially unable to afford to retain counsel and that he meets the eligibility requirements for the appointment of counsel.

According to his Notice of Appeal, Staudenmayer appeals a May 4, 2022 judgment. He does not include a copy. We secured a copy of the register of actions from the Lake County District Court. On that date, the District Court issued an Order Dismissing Petition for Postconviction Relief and filed the Order in Staudenmayer's underlying criminal case.

Under Montana law, there is no right to the appointment of counsel in a postconviction proceeding for relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA.

Staudenmayer is not entitled to the appointment of counsel in this appeal. He was originally sentenced in February 2021. Any timely appeal within sixty days of the court's final judgment would entitle him to counsel's representation. Section 46-20-104, MCA; M. R. App. P. 4(5)(b)(i). He did not timely appeal his conviction and sentence. Staudenmayer represented himself in the postconviction proceeding before the District Court. He has not demonstrated that extraordinary circumstances exist to justify appointment of counsel, pursuant to § 46-8-104(3), MCA. Therefore,

IT IS ORDERED that Staudenmayer's Motion for Appointment of Counsel is DENIED.

IT IS FURTHER ORDERED that the Clerk of the Supreme Court is DIRECTED to revise the case type to Civil - Postconviction from Criminal - Burglary/Theft.

The Clerk also is directed to provide a copy of this Order to counsel of record and to Robert Earl Staudenmayer along with a copy of this Court's Civil Appellate Handbook.

DATED this ⁹ day of August, 2022.

For the Court,

By _____
Chief Justice